**ALLACCESS LAW GROUP**
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for DAVID B. KETROSER, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID B. KETROSER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota corporation, d/b/a TARGET STORE #T-328; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. 19-cv-4030-CRB<br><br>**STIPULATION DISMISSING ACTION IN ITS ENTIRETY WITH PREJUDICE** |

Plaintiff DAVID B. KETROSER ("Plaintiff") and Defendant TARGET CORPORATION ("Defendant") stipulate through their undersigned counsel, pursuant to Fed R. Civ. Pro. 41(a)(1)(A)(ii), that this action be and hereby is dismissed in its entirety with prejudice with each side bearing his/its own attorneys' fees, costs, and litigation expenses.

Dated: January 31, 2020

/s/ Irene Karbelashvili
Irene Karbelashvili, Attorney for Plaintiff
DAVID B. KETROSER

Dated: January 30, 2020

/s/ Kyle Klein
Kyle Klein, Attorney for Defendant TARGET CORPORATION

**Filer's Attestation**

I, Irene Karbelashvili, attest that I receive concurrence from defense counsel in the filing of this document.

/s/ Irene Karbelashvili
Irene Karbelashvili